UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Earl Wattleton,

        Petitioner,

v.                                           Civil No. 11-1396 (JNE/SER)
                                              ORDER

B. Jett, Warden,

        Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Steven E. Rau, United States Magistrate Judge, on October 13, 2011. The magistrate judge recommended that David Wattleton's petition under 28 U.S.C. § 2241 be denied and that this action be dismissed with prejudice.[1] Wattleton objected, and Respondent asserted that the Report and Recommendation should be adopted. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 11].[2] Therefore, IT IS ORDERED THAT:

1.     Wattleton's Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody [Docket No. 1] is DENIED.

2.     This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 31, 2011

                                                                    s/ Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge

---

[1]     The Report and Recommendation refers to the petition as one by a person in "state custody." This is an obvious clerical error.

[2]     The Court notes the Eighth Circuit has indicated that *Sawyer v. Whitley*, 505 U.S. 333 (1992), cited on page 7 of the Report and Recommendation, "applies only to the sentencing phase of death cases." *Embrey v. Hershberger*, 131 F.3d 739, 740 (8th Cir. 1997) (en banc).